Eastern District of Kentucky
FILED

APR 11 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 19-7-REW-EBA

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

V.        **MOTION OF UNITED STATES TO SEAL INDICTMENT,
THIS MOTION, AND SUBSEQUENT PLEADINGS**

**SCOTTY R. AKERS, M.D. and
SERISSA L. COLLIER,
    aka SERISSA L. STAMPER**                                               **DEFENDANTS**

\*    \*    \*    \*    \*

The United States moves to seal the indictment, this motion, and subsequent pleadings until 9:00 A.M. on Wednesday, April 17, 2019. The United States intends to conduct a series of coordinated arrests on the morning of April 17, 2019, and asks the Court to keep the indictment and related pleadings under seal until that time. Because sealing will no longer be necessary after 9:00 A.M. on April 17, 2019, the United States respectfully requests that the Court further order the indictment and related pleadings to be automatically unsealed at that time.

1

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: _____
Andrew E. Smith
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4849
Andrew.E.Smith@usdoj.gov