Eastern District of Kentucky
F I L E D

APR 1 1 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## EASTERN DIVISION
## PIKEVILLE

CRIMINAL ACTION NO.  19-7-REW- EBA

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

V.                    **MOTION OF UNITED STATES FOR**
**ISSUANCE OF ARREST WARRANT**

**SCOTTY R. AKERS, M.D., and**
**SERISSA L. COLLIER ,**
**aka SERISSA L. STAMPER**                    **DEFENDANTS**

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the

Defendants, SCOTTY R. AKERS, M.D., and SERISSA L. COLLIER, aka SERISSA L.

STAMPER, returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:

Andrew E. Smith
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4849
Andrew.E.Smith@usdoj.gov