Eastern District of Kentucky
F I L E D

APR 11 2019

AT COVINGTON
ROBERT R. CARR
CLERK U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# EASTERN DIVISION
# PIKEVILLE

CRIMINAL ACTION NO. 19-7- REW-EBA

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.  **ORDER FOR ARREST WARRANTS** | |
| SCOTTY R. AKERS, M.D., and SERISSA L. COLLIER aka SERISSA L. STAMPER | DEFENDANTS |

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of arrest warrants is GRANTED, and arrest warrants are ISSUED for the Defendants, SCOTTY R. AKERS, M.D., and SERISSA L. COLLIER, aka SERISSA L. STAMPER.

On this 11 day of April, 2019.

_Candace J. Smith_
UNITED STATES MAGISTRATE JUDGE

Copies:  United States Marshal
United States Probation
Andrew E. Smith, Assistant United States Attorney