Eastern District of Kentucky
**F I L E D**
Jun - 18 2018
Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
General Order 18-10

| | | |
|---|---|---|
| In re: Criminal Actions | ) ) ) | STANDING REFERRAL ORDER |

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(a), the Court designates the United States Magistrate Judge for this Division and docket, per Rule 59(a), to determine any pre-trial motion that does not dispose of a charge or defense.[1]

The Court generally retains for decision rearraignment and dispositive motions (including those specifically listed in Rule 59(b)). The Court excepts from the referral motions to alter the trial date or related deadlines (including motions to alter the defensive motion deadline) and motions *in limine* (including *Daubert* motions).

The Court, in consultation with the assigned Magistrate Judge, may alter this standing referral on a motion-by-motion or case-by-case basis, as appropriate, by subsequent Order.

This the 18th day of June, 2018.

Signed By:
*Robert E. Wier*
United States District Judge

---

[1] This is in addition to the standing District practice that a Magistrate Judge will conduct all preliminary proceedings, including initial appearances, arraignments, and hearings on the issue of pretrial detention or release.

1