UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:19-CR-7-REW-EBA-1, 2

UNITED STATES OF AMERICA, PLAINTIFF,

v. **ORDER**

SCOTTY R. AKERS, M.D.,
SERISSA L. COLLIER, a/k/a
Serissa L. Stamper, DEFENDANTS.

*** *** *** ***

The Court having been notified that Defendants, Scotty R. Akers and Serissa L. Collier, are in federal custody pursuant to an indictment, and being otherwise duly and sufficiently advised,

**IT IS ORDERED** that this matter shall come before the undersigned for an initial appearance and arraignment on this **WEDNESDAY, APRIL 17, 2019**, at the hour of **3:00 P.M.**, in the United States Courthouse, **PIKEVILLE**.

This the 17th day of April, 2019.

Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge